**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**GEORGE HENRY SPIKER, JR.,**

      **Petitioner,**

    **v.**                                           **Civil Action No. 3:25CV851**

**CHADWICK DOTSON,**

      **Respondent.**

**MEMORANDUM OPINION**

Petitioner is a Virginia inmate. The Court received a Motion for Modification of Sentence from Petitioner. Given the content of this document, the Court deemed it appropriate to give Petitioner the opportunity to pursue this action as a petition for a writ of habeas corpus under 28 U.S.C. § 2254. *See Rivenbark v. Virginia*, 305 F. App'x 144, 145 (4th Cir. 2008). Accordingly, by Memorandum Order entered on October 22, 2025, the Court sent Petitioner the form for filing a 28 U.S.C. § 2254 petition. (ECF No. 2.) The Court informed Petitioner if he wished to proceed pursuant to 28 U.S.C. § 2254, he must complete the § 2254 Petition form and return the same to the Court within twenty (20) days of the date of entry thereof. The Court warned Petitioner that the failure to return to the § 2254 Petition form or take other appropriate action within twenty (20) days of the date of entry thereof would result in the dismissal of the action. *See* Fed. R. Civ. P. 41(b).

On November 7, 2025, Petitioner responded, but did not to fill out the § 2254 Petition and indicated that he could not take action to move the case forward. (ECF No. 2.) Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appeal may not be taken from the final order in a § 2254 proceeding unless a judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A). A certificate of appealability will not issue unless a prisoner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This requirement is satisfied only when "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (*quoting Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)). No law or evidence suggests that Petitioner is entitled to further consideration in this matter. The Court will DENY Petitioner a certificate of appealability.

An appropriate Final Order shall accompany this Memorandum Opinion.

Date: 1/5/2026
Richmond, Virginia

/s/
M. Hannah Lauck
Chief United States District Judge